1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jacob Morgan, | Case No. 2:25-cv-00308-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| Federal Express Corporation, | |
| Defendant. | |

Pro se Plaintiff Jacob Morgan has responded to the Court's order to show cause, in which response he explains that his unfamiliarity with the legal system caused him to miss the Court's deadline. (ECF No. 11). The Court will therefore deem its order to show cause satisfied.

Plaintiff has also paid the filing fee. (ECF No. 9). Because Plaintiff has paid the filing fee, the Court will not screen his amended complaint. *See* Fed. R. Civ. P. 15(a)(1); *see* 28 U.S.C. § 1915(e)(2). Plaintiff will be responsible for presenting a summons to the clerk for signature and seal and for serving his amended complaint on the Defendant. *See* Fed. R. Civ. P. 4.

**IT IS THEREFORE ORDERED** that the Court deems its order to show cause (ECF No. 8) **satisfied.** The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: September 10, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE